United States District Court

For Southern District of West Virginia

FILED
JUN 12 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

LaShawn Lee, Reg. 06430-088
FCI Beckley
P.O. Box 350
Beaver, West Virginia 25813

Plaintiff

v.

Civil Action No. 5:06-0452

Jury Trial Requested

Director, Federal Bureau of Prisons
321 First Street, N.W.
Washington, D.C. 20543

and

Charles T. Felts, Warden
FCI Beckley
P.O. Box 1200
Beaver, West Virginia 25813

John Doe, Commissary Supervision
FCI Beckley
P.O. Box 350
Beaver, West Virginia 25813

Respondents

All Defendant(s) in their Professional and Individual Capacities.

Complaint Pursuant to 42 U.S.C. § 1983; Motion

For Emergency Injunction and Restrainment

Order Against Violation of Consumer Protection

Laws.

Statement of Fact

Prison Directors* is allowing Prison Staff at FCI Beckley to violate Consumer Protection Laws, and sell products inflated or contrary to Manufactur Policy. (2.) The Warden Felts has allow Prison Commissary Staff, to steal, cheat, and otherwise attach inflated price to Consumer Products to sell to inmate at unreasonable prices that are contrary to Consumer Product Laws of The United States. (3) The Commissary Supervision are illegally selling envelopes with Printing, Dove Soap marked "not for individual sale and other items for illegal prices and the funds are being diverted

* See: 28 C.F.R. § .91-100 seq. et.

From Profit that is not towards inmate General Fund.

II. Public Interest

Where inmate's are being cheated by Prison Officials, misuse of Prison Commissary to enrich themselve or otherwise diverts the profits for reasons outside of laws of the United States.

III. Violation of Constitutional Rights

Plaintiff is being unlawfully cheated out of his funds, by illegal scheme of Prison Officials without due Process and being denied assessments to Administrative Remedy Process to conceal their illegal action.

IV. Conspiracy

All named defendants have acted in cahoots and individually in deliberate indifferent to the laws of the United States and the Plaintiff.

V. Remedy Sought

1. Courts Order issued "Granting" Injunction with Court appointed Master to Review All items sold to inmates.

2. Courts order issued "Granting" Compensatory and Punitive damages of $50,000.00 dollars.

Certification of Service

I certify that under Penalty of Perjury, that a True copy was Forwarded to clerk via Prepaid Postage on this 5 day of June 2006.

Respectfully Submitted

Lashawn Lee

Lashawn Lee